UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>Plaintiff,<br><br>v.<br><br>**Motel 6 Operating L.P.**, a Delaware Limited Partnership;<br>**G6 Hospitality LLC**, a Delaware Limited Liability Company; and Does 1-10,<br><br>Defendants. | Case: No. 4:18-CV-02978-HSG<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include September 10, 2018.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 8/9/2018

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

1