UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br> v. <br><br> **Motel 6 Operating L.P.**, a Delaware Limited Partnership; <br> **G6 Hospitality LLC**, a Delaware Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case: No. 4:18-CV-02978-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND MEDIATION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to complete mediation shall be extended to and include March 19, 2019.
2. All other dates that are triggered by the mediation date will be adjusted accordingly.

IT IS SO ORDERED.

Dated: 1/22/2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE