UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Motel 6 Operating L.P.**, a Delaware Limited Partnership; <br> **G6 Hospitality LLC**, a Delaware Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case: No. 4:18-CV-02978-HSG <br><br> **ORDER GRANTING JOINT STIPULATION TO EXTEND SITE INSPECTION DEADLINE** |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT:

1. The deadline to hold a joint site inspection of the premises shall be extended to and include June 28, 2019.
2. All other dates that are calculated based on the inspection date will be adjusted accordingly.

The Court finds the parties' request to extend a deadline after the deadline has already passed unacceptable. In this circumstance, the mediation deadline was March 19, 2019, and yet the request for extension was submitted on March 29, 2019. Any failure to meet deadlines in the future—in this or any other case before the Court—will be subject to sanctions. The Court expects strict adherence with deadlines moving forward.

//
//
//
//

IT IS SO ORDERED.

Dated: April 1, 2019

_____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE