**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON, | Case No. 4:18-cv-02978-HSG |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE AUGUST 27, 2019, CASE MANAGEMENT CONFERENCE** |
| v. | |
| CALATLANTIC GROUP, INC., a Delaware Corporation; MOTEL 6 OPERATING L.P., a Delaware Limited Partnership; G6 HOSPITALITY LLC, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | Date: August 27, 2019<br>Time: 2:00 p.m.<br>Place: Courtroom 2, Oakland<br><br>Complaint Filed: May 21, 2018<br>Trial Date: None<br>District Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, 4th Fl. (Oakland) |

Case No. 4:18-cv-02978-HSG

ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR
TELEPHONICALLY AT THE AUGUST 27, 2019, CASE MANAGEMENT CONFERENCE

Having considered defendant Motel 6 Operating L.P. and G6 Hospitality LLC's (collectively, "Defendants") Administrative Motion to Appear Telephonically at the Court-Ordered Case Management Conference on August 27, 2019, the Court finds good cause to grant Defendants' request.

**IT IS HEREBY ORDERED** that Defendants' Administrative Motion to Appear Telephonically via CourtCall for the Case Management Conference on August 27, 2019, is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 8/19/2019

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE

39670068_1.docx