UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**,<br><br>    Plaintiff,<br><br>v.<br><br>**Motel 6 Operating L.P.**, a Delaware Limited Partnership;<br>**G6 Hospitality LLC**, a Delaware Limited Liability Company; and Does 1-10,<br><br>    Defendants. | Case No. 4:18-CV-02978-HSG<br><br>**ORDER** |

Having read the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically at the Initial Case Management Conference, set for hearing on August 27, 2019 at 2:00 p.m. Plaintiff's counsel shall contact CourtCall at (866) 582-6878 to set up the telephonic appearance.

Dated: August 27, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge