39809782_1.docx

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>        v.<br><br>CALATLANTIC GROUP, INC., a Delaware Corporation; MOTEL 6 OPERATING L.P., a Delaware Limited Partnership; G6 HOSPITALITY LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>        Defendants. | Case No. 4:18-cv-02978-HSG<br><br>**ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO APPEAR TELEPHONICALLY AT THE SEPTEMBER 12, 2019, FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Date:        September 12, 2019<br>Time:       2:00 p.m.<br>Place:       Courtroom 2, Oakland<br><br>Complaint Filed:  May 21, 2018<br>Trial Date:        None<br>District Judge:   Hon. Haywood S. Gilliam, Jr.<br>Courtroom:      2, 4th Fl. (Oakland) |

Having considered defendant Motel 6 Operating L.P. and G6 Hospitality LLC's (collectively, "Defendants") Administrative Motion to Appear Telephonically at the Court-Ordered Further Case Management Conference scheduled for September 12, 2019, at 2:00 p.m., in Courtroom 2, in Oakland, California, the Court finds good cause to grant Defendants' request.

**IT IS HEREBY ORDERED** that Defendants' Administrative Motion to Appear Telephonically through CourtCall for the Court-Ordered Further Case Management Conference scheduled for September 12, 2019, is **GRANTED**. Defendants' counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 9/6/2019

_____
Honorable Haywood S. Gilliam, Jr.
UNITED STATES DISTRICT JUDGE