# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, | Case No. 4:18-CV-02978-HSG |
| Plaintiff, | **ORDER** |
| v. | |
| **Motel 6 Operating L.P.**, a Delaware Limited Partnership; **G6 Hospitality LLC**, a Delaware Limited Liability Company; and Does 1-10, | |
| Defendants. | |

Having read the forgoing request, it is hereby ordered that Plaintiff's counsel be granted permission to appear telephonically at the Initial Case Management Conference, set for hearing on September 12, 2019 at 2:00 p.m. Plaintiff's counsel shall set up the telephonic appearance through Court's call. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: September 6, 2019

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1